NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**LYNK LABS, INC.,**
*Cross-Appellant*

_____

2023-2088, 2023-2128

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01576.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2          SAMSUNG ELECTRONICS CO., LTD. v. LYNK LABS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

September 11, 2023
        Date                              /s/ Jarrett B. Perlow
                                          Jarrett B. Perlow
                                          Clerk of Court

**ISSUED AS A MANDATE:** September 11, 2023